# AFFIDAVIT OF SPECIAL AGENT SPECIAL AGENT JAY E. GODINO IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, JAY E. GODINO, state:

## *INTRODUCTION AND AGENT BACKGROUND*

1.  I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since 2017. I am currently assigned to the Boston Group VI Field Office. As an ATF Special Agent, my duties include the investigation of violations of laws related to firearms trafficking, firearm possession by prohibited persons, and the use of firearms in drug trafficking crimes. I am a graduate of the ATF National Academy and of the Federal Law Enforcement Training Center. Prior to my employment with the ATF, I was a Police Officer with the Framingham, Massachusetts Police Department. I am also a graduate of Becker College where I received a Bachelor's degree in Business Administration.

2.  During the course of my law enforcement career, I have conducted and been involved in numerous firearm and drug-related investigations, arrests, seizures, undercover operations and search warrants. I have written and/or participated in the execution of numerous state and federal search warrants, and have debriefed defendants, informants, and witnesses with personal knowledge regarding firearms and narcotics trafficking activities and the operation of firearms and narcotics trafficking organizations. I have received training as it relates to the recognition and identification of firearms and ammunition. I prepare reports relating to the identification, origin, and classification of firearms and ammunition under the provisions of Federal firearms laws.

3.  This affidavit is being submitted in support of an application for a warrant to search the residence at 44 Shawmut Street, Chelsea, Massachusetts, 02150 (the "Subject

Premises"), as described in Attachment A, because there is probable cause to believe that it contains evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 922(g)(1) (felon in possession of a firearm and ammunition) and 922(a)(1)(A) (engaging in the business of dealing in firearms and ammunition without a license) (collectively, the "Target Offenses"), as described in Attachment B.

4. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

## *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

### Indictment of Miguel Reyes

5. On April 28, 2021, a federal grand jury in the District of Massachusetts returned an indictment charging Miguel Reyes ("Reyes") with two counts of being a felon in possession of a firearm and ammunition. See 21CR10135 (DPW / JCB). United States Magistrate Judge Marianne B. Bowler issued an arrest warrant pursuant to the indictment. At this time, both the indictment and arrest warrant remain under seal.

6. The indictment alleges that on August 18, 2020 and August 26, 2020, Reyes, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm and ammunition.

7. I am familiar with the facts underlying the offenses alleged in the indictment. On November 22, 2013, in Lowell District Court, Reyes pled guilty to the following qualifying felony offense: Witness Intimidation (M.G.L. Ch. 268 Sec. 13B). Reyes received an 18-month split sentence with one-year committed and the balance (six months) suspended.

8.     On August 18 and August 26, 2020, Reyes sold a firearm and ammunition to a Confidential Informant ("CI")[1] working on behalf of the ATF.  Both sales were recorded with audio/video surveillance equipment, which I have reviewed.  Both sales also took place outside of the Subject Premises.

9.     On both occasions, Reyes showed the CI additional firearms that he had in his possession.  On August 18, Reyes showed the CI two firearms (in addition to one firearm sold to the CI) and on August 26, Reyes showed the CI one firearm (in addition to one firearm sold to the CI). The audio/video surveillance equipment similarly captures Reyes holding these additional firearms.

10.    During the purchase on August 26, 2020, Reyes told the CI that he purchased his firearms from "Ace Boogie," who, in turn, acquired the firearms from an individual in Maine.  Reyes told the CI that he had given Ace Boogie $5,000 in exchange for five pistols.  "Ace Boogie" is a person known to law enforcement who was formerly the leader of the Chelsea "Outlaws" street gang ("Person 1").

11.    During a July 30, 2020, custodial interview with Massachusetts State Police, Person 1 told law enforcement that Reyes lived at the Subject Premises and regularly carried two handguns.  Person 1 also noted that Reyes was a member of the "Latin Kings," which based on the investigation, I also believe to be the case.  On or about August 13, 2020, Person 1 was charged by criminal complaint in the District of Massachusetts with violations of 18 U.S.C. §§

---

[1] The CI began cooperating with ATF on or about May 28, 2020.  At this time, the CI is no longer cooperating with ATF.  In or around September 2020, the CI stopped communicating with ATF.  The CI has an extensive criminal history which includes multiple convictions for drug distribution, drug possession, property crimes, larceny, and assault.  The CI was receiving monetary benefits from the ATF.  In the past, the CI provided accurate, truthful, and reliable information to law enforcement, including the ATF, HSI, and local police departments.

922(g)(1) and 924(C) as well as 21 U.S.C. § 841(a)(1).

**Additional Firearms Activity Around the Subject Premises in September and October 2010**

12.     On September 7, 2020, Chelsea Police Department ("Chelsea PD") officers were dispatched to the area of Essex Street and Shawmut Street, Chelsea, Massachusetts in connection with a report of shots fired. Investigation revealed that two unidentified individuals shot ten 9mm rounds into a black BMW sedan that is used by Reyes. The vehicle was parked in the lot next to 44 Shawmut Street.

13.     On October 1, 2020, Chelsea PD officers were dispatched to the area of 46 Shawmut Street, Chelsea, Massachusetts. Officers discovered Reyes in the parking lot next to 44 Shawmut Street with gunshot wounds to the upper leg and arm. Investigation revealed that two unidentified males were observed running from the scene. Chelsea PD interviewed multiple witnesses including Reyes and his brother, S.R. S.R. told law enforcement that Reyes was armed that night. Officers searched the area near the shooting with a K-9 and the K-9 located a firearm, which law enforcement has reason to believe belonged to Reyes.

**May 11, 2021 Arrest**

14.     At approximately 12:53 AM on May 11, Chelsea PD officers observed Reyes outside of the Subject Premises. The officers, aware of both outstanding federal and state warrants for Reyes' arrest, then proceeded to arrest Reyes. During the arrest, Reyes stated to the Chelsea PD officers, "I have a gun on me." Officers seized a Privately Made Firearm ("PMF"), .40 caliber, pistol, loaded with eight rounds of .40 caliber Federal ammunition. Chelsea PD charged Reyes with, among other things, Carrying a Firearm without a License in violation of M.G.L. 269 Sec. 10.

**Subject Premises**

15.     In addition to the encounters involving Reyes described above that all took place outside of or in the vicinity of the Subject Premises, I also understand that Reyes resides at the Subject Premises based on the following information: (1) the Massachusetts Registry of Motor Vehicles records system indicates that Reyes' Massachusetts Driver's License, #Sxxxx0553, is suspended and that his address is the Subject Premises; and (2) multiple law enforcement databases list the Subject Premises as Reyes' address, including entries made as recently as November 2020.

16.     I similarly understand that Reyes' mother lives at the Subject Premises.

***THE PREMISES CONTAINS EVIDENCE, FRUITS, AND INSTRUMENTALITIES***

17.     I also have probable cause to believe that the premises to be searched contains fruits, evidence, and instrumentalities of violations of the Target Offenses, as described in Attachment B.

18.     Based on my training and experience as an ATF Special Agent, I know that the majority of firearms are manufactured outside of Massachusetts.  Based on my training and experience as an ATF Special Agent, I also know that no ammunition is commercially manufactured in Massachusetts.

19.     Based on my training and experience as an ATF Special Agent, and the facts developed during this investigation, I believe that it is likely that Reyes was in possession of more than one firearm on May 11, 2021.

20.     Based on my training and experience as an ATF Special Agent, I know that individuals who own and possess firearms normally possess and maintain them for long periods of time.  People who own or possess firearms generally keep them on their person or in their residences, because firearms are somewhat expensive and do not easily wear out.  Firearms are

similar in that regard to tools, which people typically buy and maintain over a long period of time. It has also been my experience that people maintain firearms, along with ammunition for the firearms, in a location to afford ease of access and to provide security. Based on my training and experience as an ATF Special Agent, I believe that it is likely that an individual who has had firearms in his residence over the course of several months will continue to possess a firearm in that residence. I also know that it is common for people who possess and carry firearms to possess ammunition that can be used in such firearms, and that it is common for people who possess ammunition to keep that ammunition at their personal residence.

21. Based on my training and experience as an ATF Special Agent, I know that persons who engage in illegal firearms trafficking generally keep and maintain any records related to such activity in their homes. These records would include, among other things, notes and receipts related to the purchase and sale of firearms.

22. Based on my training and experience as an ATF Special Agent, I know that individuals typically possess in their residences documents and other items that reflect their occupancy and control of the premises, such as personal mail, checkbooks, identification, notes, correspondence, leases, utility bills, rent receipts, financial documents, keys, and photographs.

21-MJ-7142-JCB

## CONCLUSION

23. Based on the information described above, I have probable cause to believe that that Reyes has/have violated 18 U.S.C. §§ 18 U.S.C. §§ 922(g)(1) (felon in possession of a firearm and ammunition) and 922(a)(1)(A) (engaging in the business of dealing in firearms and ammunition without a license).

24. Based on the information described above, I also have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are contained within the premises described in Attachment A.

Sworn to under the pains and penalties of perjury,

_____<br>
JAY E. GODINO<br>
Special Agent, ATF

Subscribed to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on May 11, 2021,

_____<br>
HON. JENNIFER C. BOAL<br>
UNITED STATES MAGISTRATE JUDGE

21-MJ-7142-JCB

## ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

The premises to be searched is 44 Shawmut Street, Chelsea, Massachusetts. The premises is located in a three-story multi-family residence that includes numbers, 40, 42 and 44 Shawmut Street. The multi-family residence has dark gray siding on the first floor of the building and light gray siding on the second and third floors of the building. There is a large fenced in asphalt parking lot located adjacent to the building. The number "44" is clearly marked to the right of the front door. A photograph of the premises is attached hereto. Based on my investigation and information from the Chelsea Police Department, I understand that 44 Shawmut Street is a single-family unit.



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

All records, in whatever form, from January 1, 2020 to the present, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 18 U.S.C. §§ 922(g)(1) (felon in possession of a firearm and ammunition) and 922(a)(1)(A) (engaging in the business of dealing in firearms and ammunition without a license), including:

- Documents containing data reflecting or memorializing the manufacturing, ordering, possession, purchase, storage, distribution, of firearms including records of sales, records of purchases, log books, ledgers, personal telephone/address books containing the names of purchasers and suppliers of firearms, electronic organizers, Rolodexes, telephone bills, telephone answering pads, bank and financial records;

- Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility bills and receipts, photographs, telephones intercepted pursuant to court authorization, correspondence, and personal identification documents;

- Any and all firearms;

- Ammunition magazines, spare parts, cleaning equipment, photographs of firearms;

- Any and all ammunition and related packaging;

- Any and all items used to contain firearms, including but not limited to, gun safes, holsters, and gun cases;

- Any and all documentation related to the sale or acquisition of firearms, including but not limited to, receipts and ledgers;

- Any and all tools intended for/or could potentially be utilized to manufacture a firearm, including but not limited to drills, drill bits, dremels, various hand tools;
- Any and all indicia of possession or ownership of the premises or of any firearms, including but not limited to, correspondence, lease agreements, deeds, invoices, tax records, sales records, receipts, identification documents, photographs, and/or any item bearing the name or image of any person or the image of any firearm or contraband.